**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER ON MOTION FOR REHEARING

Appellate case name:      Keith Ladale Wilson v. The State of Texas

Appellate case number:   01-13-00917-CR

Trial court case number:  22281

Trial court:                    411th District Court of Polk County

Date motion filed:          September 9, 2015

Party filing motion:        Appellant


It is ordered that the motion for rehearing is **denied**.


Judge's signature: /s/ Terry Jennings
                              Acting for the Court

Panel consists of: Justices Jennings, Higley, and Huddle.

Huddle, J., voting to grant rehearing.

Date:  November 3, 2015